# EXHIBIT 1

**[!] CONFIDENTIAL**



# South Salt Lake Police Department

# Personal History Statement

Name: JASON BURNHAM

Applying For: Police Officer
Position Title

Date: 6/2/99

SSL 0134

CONFIDENTIAL

# SOUTH SALT LAKE POLICE DEPARTMENT
# PERSONAL HISTORY STATEMENT

Position applying for:    Officer (X)    Reserve ( )

_____

Have you completed any previous Personal History Statements with South Salt Lake Police Department? Yes ( )  No (X)

Position: _____ When: _____

**SOUTH SALT LAKE OFFICE USE:**

___ DLLE ( ) cf ( ) ins
___ NCIC
___ SWW
___ UCCH
___ III
___ JEMS
___ SHWL
___ CJJU

## I. IDENTIFICATION

Your name: __BURNHAM__   __GARY__   __JASON__   _____
              Last          First      Middle      Birth Name

Other names (including nicknames or other married names) you have used or been known by:
__HOSS__

Home address: __1101 South 600 West__
                   Street Address                                           Apartment Number
__TREMONTON__                __UTAH__          __84337__
     City                      State            Zip Code

Please list the telephone number(s) and times at which you can be contacted:
__Any Time__ hours you can be contacted at __(435) 257-5028__
_____ hours you can be contacted at _____
Pager or cellular phone __1-800-203-9274__

Birth Date: __09__ / __23__ / __72__
            Month   Day   Year
Social Security Number: __529__ - __65__ - __1246__

Name on your Utah driver's license: __GARY JASON BURNHAM__
  License Number: __149907729__      Expiration Date: __9-23-01__

U.S. Citizen? Yes (X)  No ( )    Natural Born? Yes (X)  No ( )
If no, complete: Naturalized: _____ Doc.#: _____ Date: _____

P.O.S.T. Certification: Peace Officer (X)    Reserve ( )

## II. RESIDENCES

Please list all of your residences during the last 10 years (list no information prior to your 15th birthday). Begin with the most current.

| Address with City, State Zip | From/To | If owned, list mortgage company. If rented, list name of person responsible for collecting rent. |
|---|---|---|
| 1101 S. 600 West Tremonton, UT 84337 | 11/98 – Present | Washington Federal |
| 550 W. 350 North, #1 Tremonton, UT 84337 | 11/97 – 11/98 | Julie Harris |
| 432 S. 700 West Tremonton, UT 84337 | 7/97 – 11/97 | N/A |
| 1672 N. 300 West Clinton, UT 84015 (Sunset) | 8/96 – 7/97 | Lisa Klepzig |
| 52 S. 700 West Tremonton, UT 84337 | 3/94 – 8/96 | N/A |
| 6469 Camden Ave. Suite #107 San Jose, CA | 1/92 – 3/94 | Church of Jesus Christ of Latter-Day Saints |
| 432 S. 700 West Tremonton, Utah 84337 | 10/88 – 1/92 | N/A } Traveled from Tremonton and North Ogden to attend college. Stayed with my Father |
| 855 E. 3100 North North Ogden, Utah 84414 | 1/91 – 1/92 | N/A } and Mother on weekdays and weekends respectively |

-2-

SSL 0136

| | |
|---|---|
| **Mother-in-Law** (Last, First, Middle): LARSEN, MARLENE, | Phone: (801) 825-0547 |
| Home Address: 3118 W. 5200 South<br>City, State: Roy, UTAH | Apt. #:<br>Zip: 8007 **CONFIDENTIAL** |
| Date of Birth: 3-30-40 | Age: 59 |
| **Former Spouse** (Last, First, Middle): N/A | Phone: |
| Home Address:<br>City, State: | Apt. #:<br>Zip: |
| Date of Birth: | Age: |
| **Former Spouse** (Last, First, Middle): N/A | Phone: |
| Home Address:<br>City, State: | Apt. #:<br>Zip: |
| Date of Birth: | Age: |
| **Brother/Sister** (Last, First, Middle): BURNHAM, WHITNEY, STAR | Phone: 011-44-1440705342 |
| Home Address: 24 Wortham Pl.<br>City, State: Haverhill, Suffolk, U.K. | Apt. #:<br>Zip: CB90HP |
| Date of Birth: 7-10-71 | Age: 27 |
| **Brother/Sister** (Last, First, Middle): BURNHAM, JARED OWEN | Phone: (435) 257-4117 |
| Home Address: 491 W. 860 South<br>City, State: TREMONTON, UTAH | Apt. #:<br>Zip: 84337 |
| Date of Birth: 4-4-74 | Age: 25 |
| **Brother/Sister** (Last, First, Middle): BURNHAM, COURTNEY, DAWN | Phone: (435) 257-5240 |
| Home Address: 432 S. 700 WEST<br>City, State: TREMONTON, UTAH | Apt. #:<br>Zip: 84337 |
| Date of Birth: 5-19-78 | Age: 21 |

SSL 0138

| | |
|---|---|
| **Step-Brother/Sister** (Last, First, Middle): FLITTON, HIEDI | Phone: (801) 476-4125 |
| Home Address: 1643 E. 6700 South<br>City, State: Uintah, Utah | Apt. #:<br>Zip: 84405  **CONFIDENTIAL** |
| Date of Birth: 5-29-72 | Age: 27 |
| **Step-Brother/Sister** (Last, First, Middle): SORENSEN, Emily | Phone: N/A |
| Home Address: 4747 N. Oregon Trail<br>City, State: Cedar City, Utah | Apt. #:<br>Zip: 84720 |
| Date of Birth: 9-3-75 | Age: 23 |
| **Child** (Last, First, Middle): BURNHAM, SHAYLA | Phone: (435) 257-5028 |
| Home Address: 1101 S. 600 West<br>City, State: TREMONTON, UTAH | Apt. #:<br>Zip: 84337 |
| Date of Birth: 12-26-98 | Age: 5 months |
| (Last, First, Middle): Billings, Shawnee<br>Step Sister | Phone: N/A |
| Home Address: 525 Park Blvd.<br>City, State: Ogden, Utah | Apt. #: 147<br>Zip: 84414 |
| Date of Birth: 6-26-77 | Age: 21 |
| (Last, First, Middle): Billings, Timothy<br>STEP-BROTHER | Phone: (801) 782-8155 |
| Home Address: 855 E. 3100 North<br>City, State: North Ogden, Utah<br>—Serving L.D.S. mission in Ohio, Columbus Mission<br>Date of Birth: 6-9-78 | Apt. #:<br>Zip: 84414<br><br>Age: 20 |
| **Child** (Last, First, Middle): N/A | Phone: |
| Home Address:<br>City, State: | Apt. #:<br>Zip: |
| Date of Birth: | Age: |

SSL 0140

**CONFIDENTIAL**

| Name (Last, First, Middle): _Note: I served a mission for the L.D.S. Church in San Jose, California between 1/92 and 3/94. I_ | Phone: _____ |
|---|---|
| Home Address: _lived with approximately 40 people that I no longer_ City, State: _have contact with. I remember their first names as "Elder" and I don't know how to contact them, with_ | Apt. #: _____ Zip: _____ |
| Date of Birth: _the exception of Jason Melling_ | Age: _____ |

| Name (Last, First, Middle): _Melling, Jason Paul_ | Phone: _394-6577_ |
|---|---|
| Home Address: _1175 Canyon Rd._ City, State: _Ogden, UT_ | Apt. #: _____ Zip: _84404_ |
| Date of Birth: _2/72_ | Age: _27_ |

| Name (Last, First, Middle): _____ | Phone: _____ |
|---|---|
| Home Address: _____ City, State: _____ | Apt. #: _____ Zip: _____ |
| Date of Birth: _____ | Age: _____ |

| Name (Last, First, Middle): _____ | Phone: _____ |
|---|---|
| Home Address: _____ City, State: _____ | Apt. #: _____ Zip: _____ |
| Date of Birth: _____ | Age: _____ |

| Name (Last, First, Middle): _____ | Phone: _____ |
|---|---|
| Home Address: _____ City, State: _____ | Apt. #: _____ Zip: _____ |
| Date of Birth: _____ | Age: _____ |

| Name (Last, First, Middle): _____ | Phone: _____ |
|---|---|
| Home Address: _____ City, State: _____ | Apt. #: _____ Zip: _____ |
| Date of Birth: _____ | Age: _____ |

| Name (Last, First, Middle): Hunsaker, Todd | Hm. Phone: (435)257-4608 |
|---|---|
| Home Address: 366 N 100 East <br> City, State: Tremonton, Utah | Apt. #: <br> Zip: 84337 |
| Business/Profession: Police Officer <br> Business Address: 102 S. Tremont <br> City, State: Tremonton, Utah | Bus. Phone: (435)257-3131 <br> Suite #: <br> Zip: 84337 |
| How does this person know you? Co-worker; Went to High School together | Years known: 10 |

| Name (Last, First, Middle): | Hm. Phone: |
|---|---|
| Home Address: <br> City, State: | Apt. #: <br> Zip: |
| Business/Profession: <br> Business Address: <br> City, State: | Bus. Phone: <br> Suite #: <br> Zip: |
| How does this person know you? | Years known: |

## CO-WORKERS

List three present or former co-workers who know you and your qualifications. (*Exclude relatives and friends or social acquaintances listed above.*)

| Name (Last, First, Middle): Hansen, Mark | Hm. Phone: (801)782-4801 |
|---|---|
| Home Address: 3237 Mount Lomand Drive <br> City, State: North Ogden, Utah | Apt. #: <br> Zip: 84414 |
| Business/Profession: Self-Employed <br> Business Address: 3237 Mount Lomand Drive <br> City, State: North Ogden, Utah | Bus. Phone: (801)782-4801 <br> Suite #: <br> Zip: 84414 |
| How does this person know you? Former Manager at Gorilla Bike & Fitness | Years known: 4 |

SSL 0144

-10-

**[!] CONFIDENTIAL**

## V. EXPERIENCE AND EMPLOYMENT

Beginning with your most current employment, please list all jobs (including part-time, temporary, and voluntary positions) you have held in the past 10 years. Indicate full-time, part-time, or voluntary as applicable.

*Please be aware that your present employer will be contacted. You may wish to let your supervisor know that you are being considered for employment with the South Salt Lake Police Department.*

| Dates of Employ (Month/Year) | Name & Address of Employer (Include Zip Code) | Name(s) of Supervisor(s): |
|---|---|---|
| From: 10/97<br>To: CURRENT<br>X Full-Time<br>___ Part-Time<br>___ Self-Employed<br>___ Volunteer | TREMONTON CITY CORP<br>102 S. TREMONT<br>TREMONTON, UT 84337<br><br>Phone: (435) 257-3131 | CHIEF STEVE HODGES<br>SGT. ALAN ROWLEY<br>Name of Co-Workers:<br>BRIAN CROCKETT<br>SGT. RANDY HIGLEY<br>TODD HUNSAKER<br>DET. MARK ROWLEY |

Title and Duties: POLICE OFFICER
ENFORCE LAWS AND KEEP THE PEACE
OTHER ASSIGNMENTS AS DIRECTED BY THE CHIEF OF POLICE

Reason for Leaving: DESIRE TO WORK FOR BIGGER AGENCY SO THAT I CAN FINISH MY COLLEGE DEGREE.

| Dates of Employ (Month/Year) | Name & Address of Employer (Include Zip Code) | Name(s) of Supervisor(s): |
|---|---|---|
| From: 2/97<br>To: 10/97<br>___ Full-Time<br>___ Part-Time<br>___ Self-Employed<br>X Volunteer | TREMONTON CITY CORP.<br>102 S. TREMONT<br>TREMONTON, UT 84337<br><br>Phone: (435) 257-3131 | CHIEF STEVE HODGES<br>SGT. ALAN ROWLEY<br>Name of Co-Workers:<br>BRIAN CROCKETT<br>SGT. RANDY HIGLEY<br>TODD HUNSAKER<br>DET. MARK ROWLEY |

Title and Duties: RESERVE POLICE OFFICER
ENFORCE LAWS AND KEEP THE PEACE
OTHER ASSIGNMENTS AS DIRECTED BY THE CHIEF OF POLICE

Reason for Leaving: HIRED ON FULL TIME WITH THE SAME DEPARTMENT

SSL 0146

| Dates of Employ (Month/Year) | Name & Address of Employer (Include Zip Code) | Name(s) of Supervisor(s): |
|---|---|---|
| From: 3/94 <br> To: 7/95 <br> ___ Full-Time <br> X Part-Time <br> ___ Self-Employed <br> ___ Volunteer | Sizzler <br> 3580 S. Wall Ave <br> Ogden, UT 84404 <br><br> Phone: N/A - Out of Business | John Detamore (801)776-9124 <br><br> Name of Co-Workers: <br> Stacey Ungreen <br> Kim Kofoed <br> Tami Montague <br> Greg |

Title and Duties: Waiter
Serve Food to Customer
General Customer Servie
General Clean-up

!! CONFIDENTIAL

Reason for Leaving: Needed to better myself financially to earn enough money to continue college and go through the Police Academy

| Dates of Employ (Month/Year) | Name & Address of Employer (Include Zip Code) | Name(s) of Supervisor(s): |
|---|---|---|
| From: 10/90 <br> To: 1/92 <br> ___ Full-Time <br> X Part-Time <br> ___ Self-Employed <br> ___ Volunteer | Sizzler <br> 3580 S. Wall Ave. <br> Ogden, UT 84404 <br><br> Phone: N/A - Out of Business | John Detamore (801)776-9124 <br><br> Name of Co-Workers: <br> Steve Hansen <br> Ron <br> Stacey Ungreen |

Title and Duties: Cook
Cook and prepare food for customers
General Clean-up

Reason for Leaving: To serve mission for L.D.S. Church

| Dates of Employ (Month/Year) | Name & Address of Employer (Include Zip Code) | Name(s) of Supervisor(s): |
|---|---|---|
| From: 1/88 <br> To: 10/90 <br> ___ Full-Time <br> X Part-Time <br> ___ Self-Employed <br> ___ Volunteer | Pizza Co. & Arcade <br> 1 West Main <br> Tremonton, Ut 84337 <br><br> Phone: N/A - Out of Business | Duane Cottle <br> Mike Abel <br><br> Name of Co-Workers: <br> Randy <br> Charles Jensen |

Title and Duties: Shift Supervisor
Supervise night crew
Prepare, cook, deliver pizzas
Clean-up

Reason for Leaving: To attend Weber State University in Ogden

SSL 0148

## VI. MILITARY SERVICE   [!] CONFIDENTIAL

Have you served in the armed forces, National Guard, or military reserves?   Yes ( )   No (X)
If yes, please supply the following information:

| Branch of Service | Service Number | Dates of Service | Type of Discharge |
|---|---|---|---|
| N/A | | __/__ to __/__ <br> __/__ to __/__ <br> __/__ to __/__ | |

Have you been the subject of any judicial or non-judicial disciplinary action while in the military, National Guard, or military reserves?   Yes ( )   No ( )   If yes, please give details (include branch of service, when, where, and circumstances).
N/A

Have you ever been given the option to resign in lieu of forced separation from any military service?   Yes ( )   No ( )
If yes, please give details.
N/A

List past commanding officers or military acquaintances who know/knew you well enough to provide accurate information about you. Please include addresses with zip codes and telephone numbers.

| Name (Last, First, Middle): N/A | Phone: |
|---|---|
| Address: _____ <br> City, State: _____ | Apt. #: _____ <br> Zip: _____ |
| How Known: | When: |

| Name (Last, First, Middle): N/A | Phone: |
|---|---|
| Address: _____ <br> City, State: _____ | Apt. #: _____ <br> Zip: _____ |
| How Known: | When: |

| Name (Last, First, Middle): N/A | Phone: |
|---|---|
| Address: _____ <br> City, State: _____ | Apt. #: _____ <br> Zip: _____ |
| How Known: | When: |

-16-

SSL 0150

— DID NOT RETAIN RECORDS —

CONFIDENTIAL

| Name of Business: Discover Card | Type of Business: Credit |
|---|---|
| Address: ? | Suite #: |
| City, State: ? | Zip Code: ? |
| Date Opened: ? | Date Closed: ? | Acct. #: 6011 0092 5056 7935 | Amount: Revolving |

| Name of Business: Associates | Type of Business: Consolidation |
|---|---|
| Address: 3965 Washington Blvd | Suite #: |
| City, State: Ogden, Utah | Zip Code: 84403 |
| Date Opened: ? | Date Closed: ? | Acct. #: 02437682-0197545 | Amount: 2,700 (?) |

| Name of Business: Norwest Financial | Type of Business: Credit Card |
|---|---|
| Address: 3965 Washington Blvd. | Suite #: 5 |
| City, State: Ogden, UT | Zip Code: 84403 |
| Date Opened: ? | Date Closed: ? | Acct. #: 65840444 | Amount: Revolving |

| Name of Business: Sears | Type of Business: Retail |
|---|---|
| Address: P.O. Box 8 | Suite #: |
| City, State: Boise, Idaho | Zip Code: 83707-0008 |
| Date Opened: ? | Date Closed: N/A | Acct. #: 00 50847 27205 5 | Amount: Revolving |

Do you have a checking account?   Yes (X)   No ( )

Bank/Credit Union: First Security Bank        Acct. #: 034 10432 71
Bank/Credit Union: _____                     Acct. #: _____
Bank/Credit Union: _____                     Acct. #: _____
Bank/Credit Union: _____                     Acct. #: _____

Have you ever filed for or declared bankruptcy or filed for the Wage Earner's Plan?   Yes ( )   No (X)   If yes, please give details (include when, where, why, and amount).

_____
_____
_____

Have any of your bills ever been turned over to a collection agency?   Yes (X)   No ( )   If yes, please give details (include when, firms involved, and circumstances).

Approximately five years ago, I had a telephone bill turned over for collections. It was paid off in full. I don't have records of the exact date or company.

Radio Shack
P.O. Box 8181
?rayTN 37615-8181
cc# 77381574 4736 6
PE - ? CLOSED?
REVOLVING Account
Retail Store

Amoco
P.O. Box 9014
Des Moines, Iowa 50368-9014
Acct # 480 035 3551
OPEN? CLOSED?
REVOLVING ACCOUNT
GAS

J.C. Penny
?

Capital One Services
P.O. Box 85147
Richmond VA 23285-5147
Acct # 4121-7415-4153-0007
OPENED 4/99 - CLOSED N/A
Credit Card  Revolving Account

-18-

SSL 0152

**CONFIDENTIAL**

Have you ever been charged for a non-traffic criminal offense since age 18 including infractions, misdemeanors, and/or felonies? Yes ( )   No (X) If yes, complete the following starting with the most recent incident. You are required to report any expunged convictions **67-15-6(1)(g) UCA.**

| Crime Charged: _____ | Arresting Agency: _____ |
|---|---|
| Conviction:   Yes ( )   No ( ) | Date: _____ |
| Circumstances and Disposition: _____ ||

| Crime Charged: _____ | Arresting Agency: _____ |
|---|---|
| Conviction:   Yes ( )   No ( ) | Date: _____ |
| Circumstances and Disposition: _____ ||

| Crime Charged: _____ | Arresting Agency: _____ |
|---|---|
| Conviction:   Yes ( )   No ( ) | Date: _____ |
| Circumstances and Disposition: _____ ||

| Crime Charged: _____ | Arresting Agency: _____ |
|---|---|
| Conviction:   Yes ( )   No ( ) | Date: _____ |
| Circumstances and Disposition: _____ ||

Have you ever been placed on probation? Yes ( )   No (X)   If yes, give name of court, probation officer, case number, and other details.
_____
_____
_____
_____

Have you ever been reported to a law enforcement agency as a mission person?   Yes ( )   No (X)   If yes, please give details.
_____
_____
_____

**SSL 0154**

Have you ever been arrested for Driving Under the Influence of Alcohol and/or Drugs or Reckless Driving?   Yes ( )   No (X)
If more than one instance, indicate on a separate sheet of paper.

| Date: _____ | Arresting Agency: _____ |
| Agency Case #: _____ | Court Docket #: _____ **[!] CONFIDENTIAL** |
| Details and Disposition: _____ |
| _____ |

Have you ever been involved, as a driver, in a motor vehicle accident within the last five years?   Yes ( )   No (X)   If yes, please give details for each accident.

| Date: _____ | Police Agency: _____ |
| Location: _____ | Injury: _____ Non-Injury: _____ | Police Investigation: Yes ( )   No ( ) |
| Disposition: _____ |

| Date: _____ | Police Agency: _____ |
| Location: _____ | Injury: _____ Non-Injury: _____ | Police Investigation: Yes ( )   No ( ) |
| Disposition: _____ |

Utah law requires that operators and owners of motor vehicles be covered by automobile liability insurance, bond or cash deposit with the Department of Motor Vehicles. Please list how you satisfy this state requirement.

| Company: _California Casualty_ | Agency: _California Casualty_ |
| Address: _P.O. Box 42870  Phoenix, AZ  85080_ |
| Policy #: _1012372702_ | Expiration Date: _10/5/99_ |
| Vehicle Identification #: _1FABP29U1GG217814_ |
| Vehicle Identification #: _1FAPP93J8KW199792_ |
| Vehicle Identification #: _____ |

If there is anything you wish to discuss about your driving record, please explain.
_____
_____

-22-

SSL 0156

Have you ever used any of the following drugs within the last <u>five years</u>?   Yes ( )   No (X)   If yes, mark which drug was used, state the approximate date you last used the drug, and how many time you used the drug.

| X | TYPE | APPROXIMATE LAST DATE OF USE | HOW MANY TIMES? |
|---|---|---|---|
|  | Heroin |  |  |
|  | Tulene |  |  |
|  | Cocaine |  |  |
|  | PCP |  |  |
|  | Peridan |  |  |
|  | Tai Sticks |  |  |
|  | Quaaludes |  |  |
|  | Crank |  |  |
|  | Morphine |  |  |
|  | LSD |  |  |
|  | Crack |  |  |
|  | Mescaline |  |  |
|  | Peyote |  |  |
|  | Opium |  |  |
|  | Demoral |  |  |
|  | Methadone |  |  |
|  | Psilocybin/Mushroom |  |  |
|  | Amphetamine injected |  |  |
|  | Barbiturates injected |  |  |
|  | Other (please identify) |  |  |

SSL 0158

CONFIDENTIAL

-24-

If certified, please attach a detailed copy of your in-service training received since certification.

**CONFIDENTIAL**

List date(s) of last certification in the following areas:

| SUBJECT | DATE | SUBJECT | DATE |
|---|---|---|---|
| Intoxilyzer | 2-25-99 | O C Spray | 3-17-99 |
| Radar | 6-2-99 | Baton (ASP, PR 24, straight) | 3-26-98 |
| Firearms | 3-12-99 | | |

List any date(s) of any speciality training you have successfully completed, such as:

| SPECIALTY TRAINING | DATE | SPECIALTY TRAINING | DATE |
|---|---|---|---|
| Firearms (re: SERT, SWAT) | | Other (list): | |
| Accident Investigation | 5-22-98 | | |
| Accident Reconstruction | 6-26-98 | | |

List any instructor certification(s) that you may have:

| INSTRUCTOR CERTIFICATION | DATE |
|---|---|
| N/A | |
| | |
| | |

## XXII. MISCELLANEOUS INFORMATION

Have you ever applied for a permit to carry a concealed weapon?   Yes ( )   No (X)   If yes, please provide the following information:

| Permit granted?   Yes ( )   No ( ) | Date: _____ |
|---|---|
| Name of granting agency: _____ | |
| Purpose: _____ | |

SSL 0160

## AUTHORIZATION FOR RELEASE OF INFORMATION  [!] CONFIDENTIAL

I, **Jason Burnham**, have made application for a peace officer position with the South Salt Lake Police Department, and it is my understanding that a comprehensive investigation of my background will be conducted in connection with my application. It is further my understanding that any history adversely reflecting on my qualification for employment by such investigation may be cause for disqualification for appointment, or my dismissal upon due consideration of the facts by the South Salt Lake Police Department.

I hereby give to the South Salt Lake Police Department, or duly authorized representative of the South Salt Lake Police Department, the authority to conduct any comprehensive investigation of my background the South Salt Lake Police Department deems necessary, including but not necessarily limited to, oral discussions with any persons considering my background. Also, generally, I hereby authorize a review and full disclosure of all records, or any part, thereof, concerning myself by / to any authorized representative of the South Salt Lake Police Department, whether said records are public or private, including those which may be deemed to be a privileged or confidential nature. In particular, I hereby authorize the full and complete disclosure of any and all records pertaining to background, including but not necessarily limited to, the records of educational institutions, finance or credit institutions, commercial or retail mercantile establishments and public utility companies; records of medical and psychiatric consultation and / or treatment, including those of hospitals, clinics, private practitioners, the U. S. Department of Veterans Affairs and generally all military service medical records and other records of all military facilities; employment and pre-employment records, including background investigation reports, the results of polygraph examinations, efficiency ratings, disciplinary records, complaints or grievances filed by or against me; records and recollections of attorneys at law who have represented me in any case in which I had an interest.

I hereby appoint any authorized representative designated by the South Salt Lake Police Department as an authorized agent for me for the purpose of inspecting any arrest records information maintained by any law enforcement agency concerning me.

To the custodian of the records discussed herein, I hereby direct you to release such information to the bearer of the Authorization for Release of Information or a copy thereof. A copy of this release form will be valid as an original hereof, even though that copy does not contain an original writing of my signature.

I hereby release the custodian or custodians of such records and the South Salt Lake Police Department and the County of Salt Lake, and the State of Utah, including any of their agents, employees or representatives in any capacity, from any and all claims of liability or damage of whatever kind or nature which any time could result to me, my heirs, assigns, associates, personal representative or representatives of any nature because of compliance by said custodian or custodians with this Authorization of Release Information and my request contained herein for this release or because of any use of these records by the South Salt Lake Police Department's office, or the County of Salt Lake, or the State of Utah. This release is binding, now and in the future, on me, my heirs, assigns, associates, personal representative or representatives of any nature.

Utah Code Annotated 34-42-1 states in part that "an employer who in good faith provides information about the job performance, professional conduct, or evaluation of a former or current employee to a prospective employer of that employee, at the request of the prospective employer of that employee, may not be held civilly liable for the disclosure or the consequences of providing the information. There is a rebuttable presumption that an employer is acting in good faith when the employer provides information about the job performance, professional conduct, or evaluation of a former or current employee to a prospective employer of that employee, at the request of the prospective employer of that employee,"

_____     6/2/99
Applicant's signature                Date

Subscribed and sworn to before me this __2__ day of __June__, 19 _99_.

_____
NOTARY PUBLIC
Residing in: _102 S Tremont St Tremonton Utah_
My commission expires _December 29, 2002_

NOTARY PUBLIC
MARK ROWLEY
102 S. Tremont St.
Tremonton, UT 84337
My Commission Expires Dec. 29, 2002
State of Utah

SSL 0162

-28-