# EXHIBIT 3

CONFIDENTIAL



State of Utah
Department of Public Safety

The Council on Peace Officer Standards and Training

Hereby presents the

Basic Certificate

to

GARY J. BURNHAM

for having fulfilled the requirements as set forth in the minimum Standards and Training Act for Peace Officers in the State of Utah.

In testimony whereof we sign this 3rd day of FEBRUARY, 1997

Council Chairman

Director

SSL 0165