Alan W. Mortensen, Esq. (6616)
Colin P. King, Esq. (1815)
DEWSNUP, KING & OLSEN
36 South State Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 533-0400
amort@dkolaw.com
cking@dkolaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ERIN V. NIELSON<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SOUTH SALT LAKE and OFFICER GARY JASON BURNHAM,<br><br>Defendants. | **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:06-CV-335<br><br>Judge Clark Waddoups |

Plaintiff, Erin V. Nielson, by and through her counsel, Alan W. Mortensen, and defendant Gary Jason Burnham, by and through his counsel, Jerrald D. Conder, hereby stipulate that all of plaintiff's claims against Defendant, Gary Jason Burnham, may be dismissed with prejudice on the basis that the parties have reached a settlement. As such, the parties jointly move the Court to enter an Order of Dismissal with Prejudice dismissing defendant Gary Jason Burnham. A proposed Order is submitted herewith.

DATED this 2nd day of November, 2010.

                        DEWSNUP, KING & OLSEN

                        _____
                        Alan W. Mortensen
                        Attorneys for Plaintiff

DATED this 2nd day of November, 2010.

_____
Jerrald D. Conder
Attorney for Defendant Gary Jason Burnham

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of November, 2010, a true and correct copy of the foregoing **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** was mailed, postage prepaid, to the following:

    Terry M. Plant
    Plant, Christensen & Kanell
    136 East South Temple, Suite 1700
    Salt Lake City, Utah 84111

    Jerrald D. Conder
    341 South Main Street
    Salt Lake City, Utah 84111

                                                               _____